IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00445-CMA-CBS

NICK SEGURA,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 26). The Court having considered the Stipulation of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: September __23__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge